

United States District Court
Eastern District of California

| RYAN WERT | | Case Number: | 2:25-CV-02102-DAD-CSK |

Plaintiff(s)

V.

AMERITAS LIFE INSURANCE CORP., a Nebraska Corporation; and DOES 1 to 100

Defendant(s)

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Justin Risser hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Ameritas Life Insurance Corp

On November 10, 2022 (date), I was admitted to practice and presently in good standing in the Commonwealth of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: September 12, 2025        Signature of Applicant: /s/ Justin Risser

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Justin Risser |
| Law Firm Name: | Cozen O'Connor |
| Address: | 1650 Market Street |
| | Suite 2800 |
| City: | Philadelphia    State: PA    Zip: 19103 |
| Phone Number w/Area Code: | 213.665.2000 |
| City and State of Residence: | Philadelphia, PA |
| Primary E-mail Address: | jrisser@cozen.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alexander Robinson |
| Law Firm Name: | Cozen O'Connor |
| Address: | 501 West Broadway |
| | Suite 1610 |
| City: | San Diego    State: CA    Zip: 92101 |
| Phone Number w/Area Code: | (213) 892-7972    Bar # 331187 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 12, 2025

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT